■ In the Matter of ADRIANO ESPAILLAT et al., Respondents, v NELSON MARTINEZ et al., Appellants. [631 NYS2d 244] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on August 22, 1995, unanimously affirmed, without costs or disbursements, for the reasons stated by Shainswit, J. We agree with the findings of credibility issues which were

resolved in favor of petitioners. Concur—Rubin J. P., Kupferman, Williams, Tom and Mazzarelli, JJ.